UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MOEN, | |
| Petitioner, | CASE NO. 2:23-cv-01732-RAJ-BAT |
| v. | **ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |
| LEESA MANION, | |
| Respondent. | |

Petitioner has filed a federal habeas petition, and an application to proceed *in forma pauperis*. The Court GRANTS Petitioner's application to proceed *in forma pauperis*, Dkt. 3. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk shall also provide a copy of this Order to Petitioner.

DATED this 4th day of December, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1