UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MOEN,<br><br>        Petitioner,<br><br>  v.<br><br>LEESA MANION,<br><br>        Respondent. | CASE NO. 2:23-cv-01732-RAJ-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, all objections, responses, and the record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The matter is dismissed without prejudice. Certificate of Appealability is denied.

(3) The Clerk is directed to send copies of this Order to Petitioner.

(4)

Dated this 9th day of January, 2024.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1